E-FILED
Friday, 06 November, 2026 02:08:00 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**AT ROCK ISLAND**

FILED
11/6/2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **Criminal No. 26-cr-40030** |
| ) | |
| **v.** ) | **VIO: Title 18, United States Code,** |
| ) | **Section 1030** |
| **RAYMOND MANUEL CASTELLANO,** ) | |
| ) | |
| **Defendant.** ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about January 16, 2026, at Orion, in Henry County, in the Central District of Illinois and elsewhere, the defendant,

**RAYMOND MANUEL CASTELLANO,**

knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, in violation of 18 U.S.C. § 1030(a)(5)(A) and (c)(4)(G).

**GREGORY M. GILMORE**
**UNITED STATES ATTORNEY**
**CENTRAL DISTRICT OF ILLINOIS**

**___/s/ Michael Ajay Chandra_______**
**Michael Ajay Chandra**
**Assistant United States Attorney**